*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

# DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 23-BG-0068**

IN RE GARY D. WRIGHT,

**DDN:** 2022-D120

A Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 411483**

BEFORE: Blackburne-Rigsby, Chief Judge, and Easterly and Howard, Associate Judges.

## O R D E R
(FILED—April 20, 2023)

On consideration of the certified order from the state of Virginia revoking respondent's license to practice law; this court's February, 6, 2023, order suspending respondent pending final disposition of this proceeding and directing him to show cause why the functionally equivalent discipline of disbarment should not be imposed as reciprocal discipline; respondent's D.C. Bar R. XI, § 14(g) affidavit filed on February 15, 2023; and the statement of Disciplinary Counsel; and it appearing that respondent has not filed a response, it is

ORDERED that Gary D. Wright is hereby disbarred from the practice of law in the District of Columbia, nunc pro tunc to February 15, 2023. *See In re Sibley*, 990 A.2d 483, 487-88 (D.C. 2010) (explaining that there is a rebuttable presumption in favor of imposition of identical discipline and exceptions to this presumption should be rare); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (stating that the rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate); *see also In re Laibstain*, 841 A.2d 1259, 1263 (D.C. 2004) (explaining that the equivalent sanction for revocation in the District is disbarment).

**PER CURIAM**